*11163*

# THOMAS J. HIRSCH
### ATTORNEY AT LAW

"COPPER GABLES" PROFESSIONAL BUILDING
1001 DEAL ROAD
OCEAN, NEW JERSEY 07712

(732) 493-3700
TELEFAX (732) 493-0311

October 30, 2009

George Sariotis
1801 Pitney Street
Oakhurst NJ 07755

Re:  Deed to 61 Redwood Drive, Ocean NJ

Dear George:

Enclosed please find deed dated September 2, 2009 from Gregory and Thalia Sariotis, h/w and George Sariotis to George Sariotis and Cindy Sariotis, h/w with 95% interest and Gregory and Thalia Sariotis h/w with 5% interest, which deed was recorded in the Monmouth County Clerk's Office on October 26, 2009 in Book 8803 page 2163.

Very truly yours,

THOMAS J. HIRSCH

TJH:mlm
Enclosure

SEP 11 2009    Exempt    EXEMPT 6


00BRSN

# DEED

90

This Deed is made on September 2, 2009

**BETWEEN**

OCT 23 2009

**GREGORY & THALIA SARIOTIS, husband and wife and GEORGE SARIOTIS**

Whose post office address is    61 Redwood Drive, Ocean NJ 07712

Referred to as the Grantor,

**AND**

**GEORGE SARIOTIS and CINDY SARIOTIS, husband and wife with 95% interest in the property described herein (Party of the First Part) and GREGORY and THALIA SARIOTIS, husband and wife with a 5% interest in the property described herein (Party of the Second Part)**

Party of the First Part residing 1801 Pitney Street, Oakhurst NJ 07755 and
Party of the Second Part residing at 61 Redwood Drive, Ocean NJ 07712

Referred to as the Grantee

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of

----------ONE DOLLAR ($1.00) and other Good and Value Consideration------------------------

The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.** (N.J.S.A.46:15-1.1) Municipality of    Ocean
   Block No. 150.06    Lot No. 14              Account No.

   ☐ No property tax identification number is available on the date of this Deed. (Check box if applicable)

3. **Property.** The Property consists of the land and all the buildings and structures on the land in the Township of Ocean, County of Monmouth and State of New Jersey. The legal description is:

   ☒ Please see attached Legal Description annexed hereto and made a part hereof (check box if applicable).

**BEING AND INTENDED** to be the same lands and premises conveyed to Gregory & Thalia Sariotis, husband and wife to George Sariotis, married from Cedar Village at Ocean LLC on June 20, 2008, recorded July 7, 2008 in the Monmouth County Clerk's Office in Book 8730 page 3682.

PREPARED BY: (Print signer's name below signatures)        (For Recorder's Use Only)

# John S. Truhan Consulting Engineers, Inc.

*A Professional Corporation*

John S. Truhan, PE, PP, F.ASCE
Daniel A. Fischer, PE
Edward J. Lau, PLS
Joseph Malison, ASLA

**Description of Tax Map Lot 14 in Block 150.06
Ocean Township, Monmouth County, New Jersey**

Mailing Address:
1442 Lakewood Road
P.O. Box K
Manasquan, NJ 08736

**BEGINNING** at a point on the southerly sideline of Redwood Drive (a 50' wide private Right-of-Way), said point bearing easterly 75.00' along the southerly sideline of Redwood Drive, from the intersection of the easterly sideline of Cedar Village Boulevard (a 50' wide private Right-of-Way), if extended northerly, and said southerly sideline of Redwood Drive, if extended westerly, and running thence:

1) S 84°-28'-00" E, 55.00' along the said southerly sideline of Redwood Drive, to a point and northwesterly corner of Lot 15 in Block 150.06, thence;

2) S 05°-32'-00" W, 120.00' along the westerly line of said Lot 15, to a point and corner on the northerly line of Lot 11 in Block 150.06, thence;

3) N 84°-28'-00" W, 55.00' along a portion of the last mentioned lot line and along a portion of the northerly line of Lot 12 in Block 150.06, to a point and southeasterly corner of Lot 13 in Block 150.06, thence;

4) N 05°-32'-00" E, 120.00' along the easterly line of said Lot 13, to the point and place of **BEGINNING**.

Containing 6,600 sq. ft. ± of land.

The above description was drawn in accordance with a plan titled "Survey Plan of – Tax Lot 14, Block 150.06 - Cedar Village at Ocean – Township of Ocean, Monmouth County, New Jersey" prepared by John S. Truhan Consulting Engineers, Inc., dated 5/10/06 and last revised to 6/10/08.

The foregoing also being Lot 14 in Block 150.06 as shown and designated on the official Tax Maps of Ocean Township, Monmouth County, New Jersey and further shown on a certain map titled "Final Plat Major Subdivision of Cedar Village at Brick – Phase 2" filed in the Monmouth County Clerks office on 6/02/2004 as Case No. 294-21.

6/16/08
Date

Edward J. Lau
Professional Land Surveyor
New Jersey License #24GS03794800

1442 Lakewood Road, Wall, New Jersey
Telephone - Area (732) 223-1313
Fax - Area (732) 223-8273



GIT/R
(6-0

# State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

### SELLER(S) INFORMATION (See Instructions, Page 2)

Name(s): George Sariotis

Current Resident Address:

Street: 1804 Pitney Street

City, Town, Post Office: Oakhurst    State: NJ    Zip Code: 07755

### PROPERTY INFORMATION (Brief Property Description)

Block(s): 150.06    Lot(s): 14    Qualifier:

Street Address: 61 Redwood Drive

City, Town, Post Office: Ocean    State: NJ    Zip Code: 07712

Seller's Percentage of Ownership: 1/2    Consideration: $1.00    Closing Date: 9/1/09

### SELLER ASSURANCES (Check the Appropriate Box)

1. [X] I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. [ ] The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. [ ] I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. [ ] Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. [ ] Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. [X] The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. [ ] The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale.

8. [ ] Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

9/1/09    [Signature]
Date    Signature
         (Seller) Please indicate if Power of Attorney or Attorney in Fact

_____    _____
Date    Signature
         (Seller) Please indicate if Power of Attorney or Attorney in Fact



GIT/REP-
(6-05)

# State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

### SELLER(S) INFORMATION (See Instructions, Page 2)

**Name(s)**
Gregory & THalia Sariotis h/w

**Current Resident Address:**

Street: 61 Redwood Drive

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Ocean | NJ | 07712 |

### PROPERTY INFORMATION (Brief Property Description)

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 150.06 | 14 | |

Street Address:
61 Redwood Drive

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Ocean | NJ | 07712 |

| Seller's Percentage of Ownership | Consideration | Closing Date |
|---|---|---|
| 1/2 | $1.00 | 9/2/09 |

### SELLER ASSURANCES (Check the Appropriate Box)

1. ☐ I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. ☐ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. ☒ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale.

8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

9/2/09
Date

_Gregory Sariotis_
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

9/2/09
Date

_Thalia Sariotis_
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

RTF-1 (Rev. 2/19/07)
MUST SUBMIT IN DUPLICATE

**STATE OF NEW JERSEY**
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY
COUNTY: MONMOUTH  }ss.  County Municipal Code: 1337

**FOR RECORDER'S USE ONLY**
Consideration $ _____
RTF paid by seller $ _____
Date _____ By _____

MUNICIPALITY OF PROPERTY LOCATION: Ocean Twp

*Use symbol "C" to indicate that fee is exclusively for county use.

**(1) PARTY OR LEGAL REPRESENTATIVE** (See Instructions #3 and #4 on reverse side)

Deponent, **George Sariotis**, being duly sworn according to law upon his/her oath,
deposes and says that he/she is the **Grantor** in a deed dated **2009** transferring
real property identified as Block number **150.06** Lot number **14** located at
**61 Redwood Drive, Ocean NJ 07712** and annexed thereto.

**(2) CONSIDERATION** $ **1.00** (See Instructions #1 and #5 on reverse side)

(3) Property transferred is Class 4A  4B  4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

**(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A COMMERCIAL PROPERTY TRANSACTIONS:**
(See Instructions #5A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation
$ _____ ÷ _____ % = $ _____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

**(4) FULL EXEMPTION FROM FEE** (See Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.

**Consideration is less than $100.00**

**(5) PARTIAL EXEMPTION FROM FEE** (See Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic Fee, Supplemental Fee, and General Purpose Fee, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A. SENIOR CITIZEN   Grantor(s) ☐ 62 years of age or over. * (See Instruction #9 on reverse side for A or B)
B. { BLIND PERSON    Grantor(s) ☐ legally blind or; *
    DISABLED PERSON  Grantor(s) ☐ permanently and totally disabled ☐ Receiving disability payments ☐ Not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.    ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.    ☐ Owners as joint tenants must all qualify.

*IN THE CASE OF HUSBAND AND WIFE/CIVIL UNION PARTNERS, ONLY ONE GRANTOR NEEDS TO QUALIFY IF TENANTS BY THE ENTIRETY.

C. LOW AND MODERATE INCOME HOUSING (See Instruction #9 on reverse side)
☐ Affordable according to H.U.D. standards.    ☐ Reserved for occupancy.
☐ Meets income requirements of region.    ☐ Subject to resale controls.

**(6) NEW CONSTRUCTION** (See Instructions #2, #10 and #12 on reverse side)
☐ Entirely new improvement.    ☐ Not previously occupied.
☐ Not previously used for any purpose.    ☐ "NEW CONSTRUCTION" printed clearly at the top of the first page of the deed.

(7) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this **2** day of **September**, 20 **09**

Signature of Deponent
Deponent Address: **1801 Pitney St., Oakhurst NJ 07755**
Last 3 digits in Grantor's Social Security Number: XXX-XX-**885**

Grantor Name: **George Sariotis**
Grantor Address at Time of Sale
Name/Company of Settlement Officer: **PALADIUM TITLE GROUP LLC**

JASON BRIAN WALTERS
NOTARY PUBLIC
STATE OF NEW JERSEY
COMM. ID 2340979
MY COMMISSION EXPIRES FEBRUARY 25, 2011

FOR OFFICIAL USE ONLY
Instrument Number _____ County _____
Deed Number _____ Book _____ Page _____
Deed Dated _____ Date Recorded _____

County Recording Officers shall forward one copy of each Affidavit of Consideration for Use by Seller when Section 3A is completed.
STATE OF NEW JERSEY- DIVISION OF TAXATION
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at: www.state.nj.us/treasury/taxation/lpt/localtax.htm

The street address of the Property is     61 Redwood Drive, Ocean NJ 07712

4.  **Promises by Grantor**. The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called "covenant as to grantor's acts' (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor)

5.  **Signatures**. The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witnessed By:

_____        _____(Seal)
                                        GREGORY SARIOTIS

_____        _____(Seal)
                                        THALIA SARIOTIS

                                        _____(Seal)
                                        GEORGE SARIOTIS

**STATE OF NEW JERSEY**    :
                           :
**COUNTY OF MONMOUTH**  :

I CERTIFY that on September  2 , 2008, **GREGORY & THALIA SARIOTIS AND GEORGE SARIOTIS** personally came before me and stated to my satisfaction that this person (or if more than one, each person):

(a)  was the maker of this Deed;
(b)  executed this Deed as his or her own act; and,
(c)  made this Deed for $1.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)