| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [059702019]<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>*Attorneys for the Debtors-in-Possession/Plaintiffs*<br>*George Sariotis and Cindy Sariotis* | |
| In Re:<br><br>GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>    Debtors. | Case No.: 22-12916/MBK<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |
| GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>    Plaintiffs,<br><br>        v.<br><br>THALIA SARIOTIS, ELLYNN WETTER and RYAN WETTER,<br><br>    Defendants. | Adv. Pro. No. 22-1109 |

**MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that the undersigned attorneys for the Plaintiffs in the within adversary proceeding will move before the Honorable Michael B. Kaplan, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey for an order granting summary judgment and determining that the Plaintiff enforcing the section 363 (h) of the Bankruptcy Code by: (a) entry of a judgment divesting title in the prospective purchasers of the Redwood Avenue Property; (b) expressly authorizing and empowering Plaintiffs to sign the deed, affidavit of title, and all ancillary documents on behalf of Defendants and that decreeing that such signatures will

be as legally binding and have the same force and effect as if signed by the Defendants, and (c) Defendants must vacate the premises not later than September 30, 2022.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the accompanying Memorandum of Law in support of said motion.

Broege, Neumann, Fischer & Shaver, LLC
*Attorneys for the Debtors-in-Possession/Plaintiffs*
*George Sariotis and Cindy Sariotis*

Dated: April 25, 2022          By: /s/ *Geoffrey P. Neumann*
                                    GEOFFREY P. NEUMANN