| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [059702019]<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>*Attorneys for the Debtors-in-Possession/Plaintiffs*<br>*George Sariotis and Cindy Sariotis* | |
| In Re:<br><br>GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>   Debtors. | Case No.: 22-12916/MBK<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |
| GEORGE SARIOTIS AND CINDY SARIOTIS,<br><br>   Plaintiffs,<br><br>     v.<br><br>THALIA SARIOTIS, ELLYNN WETTER and RYAN WETTER,<br><br>   Defendants. | Adv. Pro. No. 22-1109 |

**ORDER FOR SUMMARY JUDGMENT**

      The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page 2
Debtor: George Sariotis and Cindy Sariotis
Case No: 22-12916
Adv. Pro. No.: 22-1109
Caption of Order: Order Granting Motion for Summary Judgment

---

THIS MATTER having been presented to the Court upon the motion of Plaintiffs, George Sariotis and Cindy Sariotis ("Motion"), for summary judgment in accordance with Federal Rule of Civil Procedure 56, made applicable in this proceeding by Fed. R. Bankr. P. 7056, the Complaint in the above-captioned adversary proceeding against the Plaintiffs, George Sariotis and Cindy Sariotis; and the Court having considered the papers submitted in support of and in opposition to the Motion, if any; and the Court having set forth its findings of fact and conclusions of law regarding this Motion, all of which are incorporated into this Judgment in their entirety, and good cause having been shown for the relief set forth in this Judgment, it is hereby;

IT IS ORDERED AS FOLLOWS:

1. The Motion is granted.

2. Judgment is entered in favor of Plaintiffs, George Sariotis and Cindy Sariotis.

3. Plaintiffs, George Sariotis and Cindy Sariotis are entitled to sale of 61 Redwood Drive, Ocean Township, NJ 07712 to Tony Smith and Elinor Smith or such other person or entity making a higher or better offer, free and clear of all rights, title and interests of the Defendants.

4. The Clerk of the Court is directed to enter this Judgment against the Defendants, as set forth above.