**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: Timothy.neumann25@gmail.com

*Attorneys for Debtors/Debtors-in-Possession*
*George Sariotis and Cindy Sariotis*

| | |
|---|---|
| In Re: | Case No.: 22-12916 |
| GEORGE SARIOTIS AND CINDY SARIOTIS, | Chapter 11 |
| Debtors. | |
| | Judge: Hon. Michael B. Kaplan |

# CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtors in this matter.

2. On April 26, 2022, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 26, 2022

                                              */s/ Geoffrey P. Neumann*
                                                Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ■ | Notice of Motion: FOR SUMMARY JUDGMENT |
| ■ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ■ | Proposed Order |
| ■ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ☐ | Other: Certification of Service |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 ATTN: Maggie McGill, Esq. | U.S. Trustee | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule Cite the rule if applicable.) |
| Meyner & Landis 1 Gateway Ctr Fl 25 Newark, NJ 07102-5320 ATTN: Matt Dolan, Esq. | Counsel for secured creditor Ocean First Bank | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hudson Insurance Company Westerman Sheehy Keenan 333 Earle Ovington Blvd Ste 702 Uniondale, NY 11553-3622 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

|  |  |  |
|---|---|---|
| Aluma Systems Concrete Construction, Inc.<br>c/o Hudson Law Offices, P.C.<br>900 Rte 168 C-2<br>Turnersville, NJ 08012 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| DREYERS LUMBER & HARDWARE INC.<br>c/o RONALD J NELSON ESQ PC<br>161 WASHINGTON VALLEY RD STE 207<br>WARREN NJ 07059 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Joseph Fazio Wall LLC<br>5001 Routes 33 & 34<br>Farmingdale, NJ 07727 | judgment creditor (George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| McCormick 110, LLC<br>C/O DEMBO, BROWN & BURNS LLP | Counsel for secured creditor 110 McCormick LLC | ☐ Hand-delivered<br>■ Regular mail |

| | | |
|---|---|---|
| 1300 Route 73, Suite 205<br>Mt. Laurel, New Jersey 08054 | | ☐ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Woodhaven Lumber & Millwork<br>200 James St.<br>Lakewood, NJ 08701-4103 | judgment creditor<br>(George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | judgment creditor<br>(George Sariotis) | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Thalia Sariotis<br>61 Redwood Drive<br>Ocean, NJ 07712 | Defendant | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |

| | | |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ellynn Wetter<br>61 Redwood Drive<br>Ocean, NJ 07712 | Defendant | ☐ Hand-delivered<br><br>■ Regular mail<br><br>■ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ryan Wetter<br>61 Redwood Drive<br>Ocean, NJ 07712 | Defendant | ☐ Hand-delivered<br><br>■ Regular mail<br><br>■ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |