| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [059702019]<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br><br>*Attorneys for the Debtors-in-Possession/Plaintiffs*<br>*George Sariotis and Cindy Sariotis* | |
| In Re:<br><br>**GEORGE SARIOTIS AND CINDY SARIOTIS**,<br><br>  Debtors. | Case No.: 22-12916/MBK<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |
| **GEORGE SARIOTIS AND CINDY SARIOTIS**,<br><br>  Plaintiffs,<br><br>  v.<br><br>**THALIA SARIOTIS, ELLYNN WETTER and RYAN WETTER,**<br><br>  Defendants. | Adv. Pro. No. 22-1109 |

# SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann, am an attorney and associate of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorneys representing the Debtors-in Possession/Plaintiffs in this matter.

2. On April 26, 2022, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  May 17, 2022

*/s/ Geoffrey P. Neumann*
Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion: |
| ☐ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ☐ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ■ | Summons |
| ■ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ☐ | Other: Copy of Federal Rule of Bankruptcy Procedure 7001-1 |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ms. Thalia Sariotis<br>61 Redwood Drive<br>Ocean, NJ 07712 | Defendant | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule<br>Cite the rule if applicable.) |
| Mr. Ryan Wetter<br>61 Redwood Drive<br>Ocean, NJ 07712 | Defendant | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Ms. Ellynn Wetter<br>61 Redwood Drive<br>Ocean, NJ 07712 | Defendant | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |

|  |  |  |
|--|--|--|
|  |  |  |

Case 22-01109-MBK    Doc 4    Filed 05/17/22    Entered 05/17/22 13:04:59    Desc Main
Document    Page 5 of 5

**Page** 5 of 5