Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:  George Sariotis and Cindy Sariotis
Debtor

Case No.: 22–12916–MBK
Chapter 11

George Sariotis
Plaintiff

v.

Thalia Sariotis
Defendant

---

Adv. Proc. No. 22–01109–MBK                    Judge: Michael B. Kaplan

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 27, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 7 – 6
Entry of Default against Thalia Sariotis, Ellynn Wetter, Ryan Wetter (related document:6 Request to Enter Default filed by Plaintiff George Sariotis, Plaintiff Cindy Sariotis) The following parties were served: Plaintiff's, Plaintifs' Attorney, Defendant's. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 27, 2022
JAN: wiq

Jeanne Naughton
Clerk