Order Filed on July 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>George Sariotis, Cindy Sariotis<br>vs.<br>Thalia Sariotis,Ellynn Wetter,Ryan Wetter | Adv. No.: 22-1109<br>Case No.: 22-12916<br>Chapter: 11<br>Hearing Date: ____________<br>Judge: Michael B. Kaplan |

**ORDER VACATING**

Entry of Default against Thalia Sariotis, Ellynn Wetter, Ryan Wetter

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 5, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

Entry of Default against Thalia Sariotis, Ellynn Wetter, Ryan Wetter

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated 06/27/2022, be and the same is hereby vacated.