Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: George Sariotis and Cindy Sariotis
Debtor

Case No.: 22−12916−MBK
Chapter 11

George Sariotis
Plaintiff

v.

Thalia Sariotis
Defendant

Adv. Proc. No. 22−01109−MBK

Judge: Michael B. Kaplan

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on July 5, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 9 − 7
ORDER VACATING ENTRY OF DEFAULT AGAINST THALIA SARIOTIS, ELLYNN WETTER, RYAN WETTER (related document:7 Entry of Default against Thalia Sariotis, Ellynn Wetter, Ryan Wetter (related document:6 Request to Enter Default filed by Plaintiff George Sariotis, Plaintiff Cindy Sariotis) The following parties were served: Plaintiff's, Plaintifs' Attorney, Defendant's. (wiq) Modified on 6/29/2022 (wiq). ENTERED IN ERROR. AWAITING CORRECT ENTRY FROM ATTORNEY. SEE DOCUMENT #6.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 7/5/2022. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 5, 2022
JAN: wiq

Jeanne Naughton
Clerk