United States Bankruptcy Court District Of New Jersey

Ryan Wetter

Pro Se Defendant

857-654-6744 | i;yanwetter@gmail.com

Case 22-01109-MBK, Docket 1

Plaintiffs: George and Cindie Sariotis

Re: Answer to complaint

To the Honorable Michael B. Kaplan ,

Please accept this answer as my answer to the Plantiffs' complaint. Even though I am one defendant, the Plaintiffs often lump the Defendants as one. When appropriate, I will respond in-kind.

1.  The Plaintiffs allege the following

A. "Defendant Ryan Wetter claims to hold a power of attorney ("POA") signed by Defendant Thalia Sariotis. A copy of the POA is annexed hereto as Exhibit B".

FALSE {Exhibit A}. Ryan Wetter does not claim to hold this role for he is Thalia Sariotis's Power of Attorney. The revocation of George Sariotis and assignment of Ryan Wetter are public record.

B. "Defendant Ryan Wetter also resides at the Redwood Drive Property and may have a possessory interest in the Redwood Drive Property."

FALSE. Ryan Wetter has possessory interest in that he has always been given the right to reside at 61 Redwood Drive.

C. "The benefit to the estate of a sale of the Redwood Drive Property free and clear of the interests of Defendants outweighs any detriment to the Defendants because: (a) Defendants have been occupying the Redwood Drive Property without paying rent and should be paying rent."

FALSE. Ryan Wetter is unaware of any oral, written, or implied rental agreement. If one exists, the Plaintiffs, who only now are using landlord status in their complaint, do so to their own detriment. Since Ryan Wetter became a resident in the Fall of 2015, all repairs , servicing, and replacements of the home were paid for by Defendant Thalia Sariotis. Occasionally Ryan Wetter has paid for these types of bills, but has more often engaged **in** repairing or replacing broken garage doors, plumbing issues, appliances, minor electrical issues , minor furnace issues, etc at no cost to his grandmother, Thalia Sarioits.

D. "The contract of sale provides for a use of occupancy of the property until September 30, 2022, which substantially mitigates any hardship Defendants might otherwise sustain ."

FALSE. There is no guarantee for a use of occupancy. If the Plaintiffs are approved to sell, they have the option to sell the home for a better price. If this occurs, it is less than guaranteed to provide the Defendants a new use of occupancy. In addition , the Plaintiffs assume that the use of occupancy "substantially mitigates any hardship the Defendants might otherwise sustain." This assumption is presented as an "everyone wins or everyone loses" scenario, discounting the Plaintiffs' years of financial mismanagement, which was the origin of the hardship the Defendants now face. This hardship would have been substantially mitigated if the Plaintiffs acted in accordance with the basic expectations of a Power of Attorney, let alone those of decent people, and gave ample and transparent notice of how their financial wrongdoings would eventually affect the  Defendants.

2.  Through secrecy and timing, the Plaintiffs have damaged the Defendants' ability to mitigate both present and future hardships

A. Pre March 25, 2022, Defendants were unaware that 61 Redwood Drive was in danger of being lost as our residency.

B. Pre March 25, 2022, Defendants were unaware of the 2011 & 2014 mortgages borrowed by GCS Contractors Corp which would end up encumbering the Defendants' residenc y.

C. Pre March 25, 2022: foreclosure letters addressed to 61 Redwood Drive were, by request of the Plaintiffs, left in the garage for Plaintiff Cindie Sariotis to pick  up.

D. Pre March 25, 2022: Any question lodged by the Defendants to the Plaintiffs about the foreclosure letters were consistently met with reassurance that all was being handle d; no reason to be worried.

E. Pre March 25, 2022: Defendants were unaware that the Plaintiffs, as early as December of 2019, were attempting Chapter 11 Bankruptcy in which the Plaintiffs' would eventually target the Defendants' residency first and foremost.

F. On March 25, 2022: Plaintiff George Sariotis, without warning, made the Defendants aware that 61 Redwood Drive was to be sold immediately. George announced that "no one makes a penny" and that the blame for his financial misfortunes came mostly from the support he's given his parents over the years.

G. On March 26, 2022: Plaintiff's son, Gregory Sariotis, a listing agent for The Burke & Manna Real Estate Agency, began showing 61 Redwood Drive to prospective buyers in groups.

H. A few days after March 26th, Ryan Wetter called Gregory Sariotis to inquire about new showings. Gregory responded that they found a buyer. Ryan Wetter inquired about Thalia Sariotis's involvment and her eventual need to sign. Gregory Sariotis responded that her signature was not required.

I. On the same day as the above bullet point, Ryan Wetter sea rched online, procuring a copy of two deeds. When showing the Defendants what he found, the Defendants recalled deed 1 but were unaware of, and confused by, the existence of deed 2, which showed a significant, unexplainable transfer of ownership that gave the Plaintiffs 95% ownership of 61 Redwood Drive.

3. The Plaintiffs have taken the following actions since they filed for Bankruptcy in April of 2022

A. The Burke & Manna Real Estate Agency

On April 22nd, 2022 at 430pm, Ryan Wetter entered the headquarters of The Burke & Manna Real Estate agency to retrieve documentation related to the sale of 61 Redwood Drive that the Plaintiffs, Gregory Sariotis, and the Plaintiffs' attorneys refused to acknowledge when requested. Michael Manna, broker of record, thought 61 Redwood Drive was likely at the stage of a listing agreement. I proposed the possibility the sale may be past the attorney review process. With prior knowledge of the family ties involved in the sale, Michael asked Ryan who Thalia Sariotis 's attorney was. Ryan responded that he didn't believe she had one. Michael expressed disbelief that the Plaintiffs would not have retained an attorney for her. Mr. Mannaa then looked up the listing; its status was "offer accepted," which meant, as he explained, that it could not be out of attorney review. Michael repeated his belief that the Plaintiffs must have retained an attorney for Thalia. Ryan Wetter requested that Michael call Gregory Sariotis, while I was present, to clear up this confusion. After the call, Michael relayed what Gregory told him:

- Gregory said the attorney review was complete
- Gregory said he could not find his copy the attorney review letters
- Gregory said that Thalia 's attorneys were Broege, Neumann , Fischer & Shaver

B. The Hiring of Jerold Dreskin, CPA {Exhibit B}

Jerold Dreskin,the accountant hired by the Plaintiffs, answered Docket 37-1, line 5 within the Plaintiffs' Bankrnptcy proceeding {Case 22-19616-MBK} as follows

*To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows: None.*

The Plaintiffs, seeking the court's approval to hire Jerold Dreskin, answered Docket 37, line 6 as follows

*To the best of the applicants' knowledge, the professional's connection with debtor, creditors, any other party in interest, their respective attorneys, and accountants, the United States Trustee is asfollows: None.*

Prior to requesting the services of Jerold Dreskin, the Plaintiffs, both in their original and current attempt, list Jerold Dreskin as the accountant for Plaintiffs' businesses, GCS Contractors Corp and 1974 LLC.

Jerold Dreskin was also the family accountant for Michael Sariotis, George 's uncle. Jerold Dreskin and Geroge Sariotis were involved parties to the sale of Gregory (Thalia's deceased husband; George's father) and Michael Sariotis's business; a sale that spanned 3-4 years.

C. Covert Letter of Agreement {Exhibit C}

On Tuesday, May 10th, 2022, the document found in Exhibit C was handed to Ryan Wetter by a third party. The third party explained that Plaintiff George Sariotis had asked them to privately deliver the document to defendant Thalia Sariotis, have her sign, and return the signed document to George.

Upon receiving the document, which was delivered to the third party in an unsealed envelope, Ryan Wetter recognized the document contained an electronic signature for Thalia Sariotis.

On Wednesday, May 11, 2022, Ryan Wetter separately alerted the Plaintiffs and their firm of the document in his possession and the Defendants' concern of its existence. Ryan Wetter also voiced frustration in that the defendants had made multiple attempts at mediating this situation within the family prior to the adversarial complaint; all attempts went unanswered.

4.  Is the validity of the deed for 61 Redwood beyond reproach? {Exhibit D}

A. Ryan Wetter confirmed with the Monmouth County Clerk's office in Freehold, NJ, that the deed should not have been recorded for the following reason:

The last page of the deed is dated September 2, 2008.
The first page of the deed is dated September 2, 2009.

If caught by another recording agent, the above discrepancy would have resulted in a second revision for the deed in question.

B. On both seller's residency certification forms, the percentage of ownership was changed with a marker or pen, turning one seller's equity from% to ½ and the other's from ½ to ½. Neither of these changes were initialed by the grantors, although this would not be reason alone to reject the recording of a deed.

C. The first submission of this deed, confinned by the Clerk's Office, required a revision. The initial submission and its return for correction would have gone to the attorney listed on the deed as his name and address request it so. From there , the adjustments made to the deed are without guarantee that parties were privy to the changes made prior to resubmission for recording.

D. Gregory and Thalia Sariotis were capable of signing this deed, yet Plaintiff George Sariotis signed the dates for them .

E. In addition, the Plaintiffs have engaged in other examples of agreements with the Defendants that mimic the deed's need for outside scrutiny: {Exhibit E}

II. The notary for both the 2011 and the 2014 mortgages, which was taken out by GCS Contractors Corp was John Harris: the Vice President of GCS Contractors Corp.

IV The guidelines governing notary publics warns against notarizing any contract that stands to benefit the notary. As Vice President of GCS Contractors Corp, it could be said that John Harris did not follow the guidelines of what is expected of proper notary behavior.

5. In summation

A. The Plaintiffs used the implicit trust of the Defendants to gain a future advantage for themselves  to the detriment of the defendants.

B. The Plaintiffs engineered an inequitable environment in which the Defendants can not adequately defend themselves.

C. The Plaintiffs have lied to the court, putting their bankruptcy proceeding at risk, and in turn, putting the Defendants at risk.

D. The deed to 61 Redwood Drive warrants a proper fraud investigation.


I, Ryan Wetter, am grateful to the court in allowing me to express what I have experienced since March 25th, 2022 . I swear that my answer to the Plaintiff 's complaint is truthful, and recognize that my words and actions are subject to punishment. These are my words alone; any ramifications that may arise due to my answer should be directed solely at me.

Sincerely,

Ryan Wetter
**7/7/2022**

# Send Certification

| Name | Email |
|------|-------|
| Judge Michael B. Kaplan | Chambers_of_MBK@njb.uscourts.gov |
| Maggie McGee | maggie.mcgee@usdoj .gov |
| Matthew P. Dolan | mdolan@meyner.com |
| Kyle Eingorn | Keingorn@dbblegal.com |
| Geoff Neumann | Geoff.neumann@gmail.com |

Each individual listed above has been sent
this email on Thursday, 7/7/22

Ryan Wetter   7/7/2022

# Exhibit A

# A-1

## Monmouth County Document Summary Sheet

**MONMOUTH COUNTY CLERK**
**PO BOX 1251**
**MARKET YARD**
**FREEHOLD NJ 07728**

Return Name and Address

P-yal' W e;,I e. &
6           Drive
Ocean, NJ 07712

IHIIW mm

**700OHQ**

rnRISTIl E COUtHY
Mmmourn CLERK
COUNTY, N.J

INSTRUtlENT NUMBER
2022054297
RECOROED ON
·1a 19, 2(122
AM
$OUK : □R −9596
PAGE =2166
lotal Pages: 6

IUNn RECORDING    $80.·10
EES
l'fAl PAID         $80.00

| | |
|---|---|
| **Submitting** Company | |
| Document Type | |
| Document **Date** (mmlddlww) | |
| Total Number of Pages (Including the cover sheet) | |
| Consideration Amount (If applicable) | |

Official Use Only

ZZOZ 8 l A\#W

05/18/2022  3:5 56 nl
CHRISTINE GIORDANO HAHLOH
courm cLEoK.
MOMMOU TH COUrH 'HJ

| | Name(s) (Last Name, First Name or Company Name) | Address (Opti onal) |
|---|---|---|
| **First Party** | Thalia Sariotis | |
| **Second Party** | **Name(s)** (Last Name , First Name or Company Name) Ryan Wetter | Address (Optional) |

The Following Section is Required for DEEDS Only

| | MuniciDalitv | Block | Lot | Qualifier | **Property Address** |
|---|---|---|---|---|---|
| Parcel Information | | | | | |

Recording Reference to Original Document Of applicable)

| | Book | Be1tinnin1r Page | Instrument No. |
|---|---|---|---|
| Reference Information ( M a rginal Notat ion) | | | 2022041318 |

Please do not detach this page from the original document as it contains important recording information and is part of the permanent record .

# A-2

PREPARED BY:@_____    #___  -_._

CHRISTOPHER J. LaMONICA , ESQ.
Princeton Professional Offices
44 Princeton Avenue
Brick, New Jersey 08724

## GENERAL POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS** that I, THALIA SARIOTIS, do hereby

constitute and appoint RYAN WETfER my true and lawful attorney in fact for me and in my

name, place and stead, and for my use and benefit:

To exercise, do or perform any act, right, power, duty, or obligation whatsoever that I

now have or may acquire the legal right, power, or capacity to exercise, do, or perform in

connection with, arising out of, or relating to any person, item, thing, transaction, business

property, real or personal, tangible, or intan gible, or matter whatsoever;

To ask, demand, sue for, recover, collect, receive and hold and possess all such sums of

money, debts, dues , bonds, notes, checks, drafts, accounts, deposits, legacies, bequests, devises,

interests , dividends, stock certificates, certificates of deposit, annuities, pension and retirement

benefits, insurance benefits and proceeds, documents of title, causes of action , personal and real

property, tangible and intangible property and property rights, and demands whatsoever,

liquidated or unliquidated, as are now, or shall hereafter become owned by, or due, owing,

payable, or belonging to me or in which I have or may acquire an interest, and to have, use and

take all lawful ways and means and legal and equitable remedies, procedures , and writs in my

1

name for the collection and recovery thereof, and to compromise, settle, and agree for the same, and to make, execute and deliver for me and in my name all endorsements, acquittances, releases, receipts, or other sufficient discharges for the same;

To lease, purchase, exchange, and acquire and to bargain, sell, contract, and agree for the lease, purchase, exchange, and acquisition of, and to take, receive, and possess any real or personal property whatsoever, tangible or intangible, or interest therein, on such terms and conditions, and **under** such covenants, as said attorney in fact shall deem proper;

To improve, repa ir, maintain, manage, insure, rent, lease, bargain, sell, release, convey, subject to liens, mortgages, and  hypothecate  and in any way or  manner  deal  with all or any  part of  any real or personal  property  whatsoever , tangible or intangible,  or any interest  therein, which I now own or may hereafter acquire, for me and in my  name,  and  under such  tenns  and conditions, and under such covenants as said attorney in fact shall deem proper;

To have access at any time or times to any safe deposit box rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit box, and any institution in which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my agent to exercise this power;

To engage in and transact any and all lawful business of whatever nature of kind for me and in my name;

To sign, endorse, execute, acknowledge, deli ver, receive and possess such applications, contracts, agreements, options, coven ants, deeds, conveyances, trust deeds, security agreements, bills of sale, leases, mortgages, assignments, insurance policies, bills of lading, warehouse receipts, documents of title, bills, bonds, debentures , checks, drafts, bills of exchange, notes,

# A-3[2]

stock certificates, proxies, warrants, commercial paper, receipts, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of, banks, savings and loan or other institutions or associations, proofs of loss, evidences of debts, releases, and satisfactions of mortgages, judgments , liens, security agreements, and other debts and obligations, and such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and power herein granted;

To authorize my admission to a medical, nursing, residential or other similar facility, and to enter into agreements for my care, including the retention of nurses;

To make gifts, including gifts to my Agent, to execute disclaimers, and to take any other acts to implement sound estate, tax or long-term care planning;

To contribute property to any Trust created by me duri ng my lifetime for my benefit;

To create a Trust for my benefit if I have not created any such Trust during my lifetime, naming my Agent or an individual or bank or trust company as my Agent shall select as Trustee or successor Trustee and to transfer any or all of my property to such Trust as my Agent shall decide.

I hereby specifically empower my said attorney-in-fact to have access to and receive my " Protected Health Information" in accordance with the Health Insurance Portability and Accountability Act of 1996, 42 *USC* 1320d ("HIPAA") and the regulations enacted pursuant thereto. My said attorney-in- fact shall be specifically designated as my "Personal Representative" as defined in 49 *C.F.R.* § l 64.502(g) for the purpose of authorizing the release of my complete health records as may be necessary in order to obtain for my benefit medical treatment or consultation.



A-4[3]

I grant unto my said attorney in fact full power and authority to conduct banking transactions as set forth in section 2 of P.L. 1991, c.95 (N.J.S.A. 46:2B-11).

I grant to my said attorney in fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary, and proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as I might or could if personally present, with full power of substitution, or revocation, hereby ratifying and confirming all that my said attorney in fact, or his substitute or substitutes, shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted;

This Instrument is to be construed and interpreted as a General Power of Attorney. The enumeration of specific items, acts, rights , or powers herein does not limit or restrict, and is not to be construed or interpreted as limiting or restricting the general powers herein granted to said attorney in fact.

The rights, powers, and authority of said attorney in fact to exercise any and all of the rights and powers herein granted shall commence and be in full force and effect upon the signing and execution of this document, and such rights, powers, and authority shall remain in full force and effect thereafter until written notice executed by me is given and received by my said attorney in fact.

This General Power of Attorney is to remain in full force and effect notwithstanding any physical or mental incapac ity I may suffer in the future.

I hereby revoke any Power of Attorney heretofore executed by me.

I authorize any person dealing with my said attorney in fact to accept photocopies hereof provided same contain an original signature duly notarized, I having executed such photocopies intending same to be in all respects duplicates of the original document.



A-5 [4]

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal

this **1** day of April , 2022.

THALIA SARIOTIS

WITNESS:

CHRISTOPI J. LaMONICA, ESQ.

**STATE OF NEW JERSEY)**
                      **SS:**
**COUNTY OF OCEAN)**

**BE IT REMEMBERED,** that on this 'T'- day of /A,/?/4'/'L , 2022, before me, the subscriber, an attorney at law of the State of New Jersey, personally appeared THALIA SARIOTIS, who , I am satisfied, is the person named in and who executed the within General Power of Attorney, to whom I first made known the contents thereof, and she thereupon signed, sealed and delivered the same as her voluntary act and deed, for the uses and purposes therein expressed.

CHRISTOPHER J. LaMONICA, An  Attorney at Law of the State of New Jersey



**A-6**

APR 1 1 2022 '/|\

## NOTICE OF REVOCATION OF POWER OF ATTORNEY

Pursuant to *N.J.S.A.* 46:2B-810, I, THALIA SARIOTIS, (Principal) of 61 Redwood

Drive, Ocean Township, New Jersey 07712, hereby give notice that I revoke effective

immediately the Power of Attorney dated November 14, 2005, and all powers and authority

given, provided or implied therein to GEORGE SARIOTIS.

I am providing a copy of this revocation to my Agent/Attorney-in-Fact.

IN WITNESS WHEREOF, I have signed this Notice of Revocation of Power of Attorney

on 4-ti :_ - -' 2022.

WITNESS:

_Thala Sariotis_
THALIA SARIOTIS

_Christopheh LaMonica_, Esq.

Dated: _fl «-11 l]_ , 2022

S T ATE OF NEW JERSEY :

SS.

COUNTY OF OCEAN:

On _/L ')_ , 2022, before me, an attorney at law of the State of New
Jersey, personally appeared THALIA SARIOTIS, personally known to me to be the pe JtiQCl.
whose name is subscribed to the within instrument and acknowledged to me that she execlli'e d
the same **in her** authorized capacity, and that by her signature on the instrumen t the pers  n g:,r the
entity upon behalf of which the person acted, executed the instrument.

_Christopher J. aMomca_, An Attorney at
State of New Jersey

HIIIW im11
**700STF**

Copy delivered to:

This document was prepared by:

Mr. George Sariotis
1801 Pitney Street
Oakhurst, NJ 07755



Christopher J. LaMonica, Esq.
44 Princeton Avenue
Brick, New Jersey 08724

# A-7



# Exhibit B

**B-1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SH.  V R LL
25   be Voorh  s Ori e
Manasquan    e  Jer ey 08736
Tel: (732) 223-8484
timothy.neumann25 mail.com
geoff.neumann  gmail.com
*Attorney for Debtor -in-Po session,*
*George Sarioti and Cindy Sarioti*

| In Re: | Case No.: 22-1 2916 |
| GEORGE SARIOTI   and CINDY SARIOTIS, | Chapter 11 |
|  | Judg :  . ichael B.  aplan |
| btor. | Hearing . at : 6/ 1 /2022 |

R . ommend d  o al   rm:        _        . o llo   d        __        odified

### RT IFI ATIO  OF P  OFE   10  AL IN SUPPORT OF APPLI    Tl FOR R  T    TIO  O  PROFESSIONAL

I  Jer Id Dresk in, b  ing of full ag   c rtify a folio

1.        I am      kin autho rization to b r tamed a account nt for th D btor .

2.        Y profi  ional er d nti I in lud e:

I am a Public Accountant licensed in the State of Florida.

3.     I am a member of  r a     iated  ith th finn of:

4 .        **Jerold Dreskin & Co., CPA**
**1903 S. Congress Ave., Suit  340**
**Boynton Beach, FL 33426**

5.     Th  propo -ed arrang m  nt for compen ati  n .  includi n  houri  rat     if applicable i  as follo   :

**B-2**

Ionthly Interim compensation billed at $200/hour.

5.    To th  best of m  kno  ledge  after reasonabl  and dili  nt in estigation

my conn ction  ith the d btor   redit  , an  party in inter  t, their re pecti e attorne

and accountant   th   nit d  tate Trustee or any person employed in the  ffice of the

 'nit ed  ttes Trustee, is a  follows :

      X       one

              D  crib  onn  tion:  /

6.    o th  b st of m  kn   led ge  aft r r a onabl  and diligent in estigati n, th

onnc ti n of m  firm it  members, sha r hold r , partners a    iat , offic rs an  ff emplo

ith th d btor  r dit    an  other party in inter st their r  pecti e  tto rn y  and accountan t

the  nit d  tate Trust    r an  erson empl   d in th  Office of th   n ited  tate   rust  , i

a folio

      X       one

              D   ribe connection:  /

7.    o th  b st of my kn wled    my firm, it  m mb r ,  narenoiders, partners

a sociat s, offi ers and/ r  mp loyees and I (ch   k  ll that appl ):

|  |  |
|---|---|
| X | Does not hold an adverse interest to the estate. |
| X | Does not represent an adverse interest to the estate. |
| X | Is a disinterested person under 11 U.S.C. § 101(14). |
| X | Does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which she will be retained under 11 U.S.C. § 327(e). |
|  | Other: N/A |

8.    ff th  profi  ional i  an aucti n  r:  /

A.    A  urety b nd in ace rdance -. i th D. .J. LBR 2014-1(8) 2) is
           atta  h d.

**B-4**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [T 6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25gmai1.com
geoff.neumann@gmail.com
*Attorney. forDebtors-in-Po session,*
*George Sariotis and Cindy Sariotls*

| | |
|---|---|
| In Re:<br><br>GEORGE SARIOTIS and<br>CINDY SARIOTIS,<br><br>    Debtors. | Case o.: 22-12916<br><br>Chapter 11<br><br>Judge : Michael B. Kaplan<br><br>Hearing Dat : 6/16/2022 |

## APPLICATIO TO RETAIN JEROLD DRESKIN
### AS ACCOUNT T FOR THE DEBTOR
### IN **COMPLIA CE WITH D.N.J. LBR 20l4(l)(a)**

1. The applicants, George Saritois and Cindy Sariotis, are the Debtors.

2. The applicants seek to retain the following professional:

   Jerold Dreskin. CPA ("Mr. Dreskin")

3. The professional has been selected because of its expertise in preparing financial documents.

4. Mr. Dre ldn shall prepare out tanding tax returns for the Debtors.

5. The **proposed** arrangement for compensation includes **monthly** interim compensation billed at $200/hour, as set forth in the accompanying certification annexed. thereto subm.itted herewith.

**B-3**

____ Yes _____ 0

B.    My qualification and ~~previous~~ peri nee a an auction er
i nclud :

Ha e you or any other memb r of ur firm e r been con i t d f
an crim i nal ffen e other than mot or vehic.le i la tions? If ye:.
explain:

9.    If the prof, ional an auctioneer apprai r or realtor, th locati on and
d script ion of the pr perty i as foUm

l

l ertify that Lhe foregoing tat m nt made b me ar true. I am awar that if an of the
for oin tatements made b m ar illfully fals [ am ubje t t puni hment

Dated: 5/17/2022

**B-5**

6. To the best of the applicant ' knowl ge,. the profe sional s connection with be

debtor, creditors, any other party in interest their respective attorneys and

accountants, the United Sta e Trustee, or any per on employed m the Office of the

United States Tms ee is as follow :

      X          one
                                  Describe onnection:

7.      To the best of applicants' lmo ledge. the profe sional(check all that apply):

        ___X___          Does not hoM an .adverse inte11est to the estate.
                         Does not represent an ad erse interest to the estate.
        ___X___          Is a dis terested per on under 11 U.S.C. § .ilOl( 4).
        ___X___          Doe not repre ent or hold any interest adverse to the
                         debtor or the estate with respect to the matter for
                         which she will be.retained under 1n U.S.C 327(e).
        _____          Other:

8.      If the t professional is. an auctioneer, app:raiser or rea!tm:, the tocation. and description

of the property is a follows:    /A

        WHEREFORE, the applicants res.pectfuJly request authorization . to emp oy the

professional to render serv ces in accordance with thi a pplication, witb compensation to be paid

as an administrative expense in uch amount as the Court may hereafter determine and allow.


Dated:  5/ 112022                       By: /s/ George Sqrjotis



**Dated:**  5/  7/2022                     By: Isl c n-dy Sariotis

2

Debtor 1   Sariotls Geor e                                    Case number jl i<nmm) 3:19-bk-32528

**B-6**

24. Has any governmental unit notified you that you may be liable o r f under or in violation of an environmental law?

■ No

D   Yes. Fill in the details.

| **Nama** of site | Governmental unit | Environmental law, i f you | Date of notice |
| **Address** (Number, Streat, City, State and ZJP Coda} | **Address** (Numb• r, St reat, City, State and ZIP Code} | **know** it | |

25. Have you notified any governmental unit of any release of hazardous material?

■ No

0   Yes. Fill in the **detail**s.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| **Addr,ess** (Num ber, StrH t, City, State and 2.1P Cod e) | **Address** (Number, Street, City, State and ZIP Code) | know it | |

26. Have you been a party in any judicial or administrative proceeding under any env ironm enta l **law**? Include settlements and orders.

■ No

D   Yes. Fill in the details.

| **Case** Title | Court or **agency** | Nature of the case | Status of the |
| **Case** Number | **Name** | | case |
| | **Address** (Numbar, Slr■ e t, City , State and ZIP Cod■) | | |

**Part 11:**   Give Details About Your Business or Connections to An   Business

27. Within **4** years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

D A sole proprietor or self-employed in a trade, profession, or other activity, **either** full-time or part-time

■ A member of a limited liability com,:iany (LLC, or limited liability partnen;hip (LLP)

D A partner in a partnership

■ An offi cer , director, or managing executive of a corporation

D An owner of at least S•;.of the voting or equity securities of a corporation

0   No. Nona of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Nam e Address (Numb er, Str. e C ity, Staie and ZIP Cod■) | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | Name of accountant or bookkeeper | **Date_s business existed** |
| GCS Contractors Corp | construction | EIN:   0400438501 |
| | Jerald Dreski n, CPA, 1903 S Conress Ave Ste 340 Boynton Beach, FL 33426 | From-To Formed in 2011 and ceased operation In 2016 out of business for approx 2 and one-half years |
| 1973 LLC 1801 Pitney St Oakhurst, NJ 07755-2840 | consulting Jerold Dreskln CPA 1903 S Congress Ave, Ste 340 Boynton Beach, FL 33426 | EIN:   0450087105 From-To 2016 to present |
| TSS Holding LLC | Investment property | EIN: From-.To **Began 1986 and** transferred his in **2/2019** |

Debtor 1
Debtor 2    Sariot is, George & Sariotis, Cindy                                    Casenumber(Hnown)    3:22-bk-12916

**B-7**

24. Has any governmental unit notified you that you may be Ii able or potentially liable under or in violation of an environmental law?

■ No
D Yes. Fill in the details.

| Name of site | Governmental unit | Env1ronmental law, if you | Date of notice |
| Address (Numbar, Street, Clly, Slate and ZIP Coca) | **Address** (Nurber, s1ru1, City, Slate and ZIP Code) | know it | |

25. Have you notified any governmental unit of any release of hazardous material?

■ No
D Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, Slata and ZIP Coda) | **Address** (Number, StrNl, City, State and ZIP Code) | know it | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
D Yes. Fill in the details.

| Ca&Title | Court or agency | Nature of the case | Status of the |
| Case Number | Name | | caae |
| | Address (Numbe,rStrNl, City, State and ZIP Code) | | |

# **IIM** Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

D A sole proprietor or self-employed in a trade, profeHion, or other activity, either full-time or part-lime

D A member of a limited liability company (LLC) or limited liability partnership (LLP)

D A partner in a partnership

D An offi cer, director, or managing executive of a corporation

D An owner of at least 5% of the votin13 or equity Hcurities of a corporation

D No. None of the above :applies. Go to Part 12.

■ Yes. Check all that apply **above** and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer dentifi cation number |
| Address | | Do not inc lu de Socia1 Security number or mN. |
| (N umbtl , , Street, Cily, State and ZIP Cod•) | **Name** of accountant or **bookkeeper** | |
| | | **Dates business existed:** |
| 1973 LLC | consulting | EIN:    0450087105 |
| 1801 Pltney St | | |
| Oakhurst, NJ 07755-2840 | Jerold Dreskln CPA 1903 S | From-To 2016 to present |
| | Congress **Ave** , Ste 340 Boynton | |
| | Beach, FL 33426 | |
| TSS Holding LLC | Investment ,pr operty | EIN: |
| | | From-To **Began** 1986 and transferred his In 2/2019 |

28. Within 2 **years** before you filed for bankruptcy , did you **give a** financial statement to anyone about your business? Include all financial institutions , creditors , or other parties.

■ No
0    Yes. Fill in the details below.

| Name | Date Issued |
| **Address** | |
| {Numbe,rStrH1, City, State and ZIP Code) | |

Sollwana Copyright (c) 2022 CINGroup • www.cincompess.com

# Exhibit C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: timothy.neumann25gmail.com
        geoff.neumann@gmail.com
*Attorneys for Debtors-in-Possession,*
*George Sariotis and Cindy Sariotis*



| | |
|---|---|
| In Re: | Case No.: 22-12916 |
| GEORGE SARIOTIS and<br>CINDY SARIOTIS, | Chapter 11 |
| Debtors. | Judge: Michael B. Kaplan |
| | Hearing Date: 5/19/2022 |

**CERTIFICATION OF THALIA SARIOTIS IN SUPPORT OF DEBTORS' MOTION
PURSUANT TO SECTIONS 105(A) AND 363 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002 AND 6004 FOR AN ORDER AUTHORIZING THE SALE
OF DEBTORS' INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 61
REDWOOD DRIVE, MONMOUTH COUNTY, NEW JERSEY FREE AND CLEAR OF
LIENS WITH VALID LIENS TO ATTACH TO PROCEEDS OF SALE**

I, Thalia Sariotis, hereby certify as follows:

1.    I am the mother of Debtor George Sariotis *in* the above-referenced Chapter 11 bankruptcy

case.

2.    *I reside* at *the* subject property located at 61 Redwood Drive, Ocean, NJ 07712 (the

"Property").

3.   I have a 5% ownership interest in the Property.

4.   *It* is my understanding that the Debtors wish to sell the Property pursuant to a contract of sale

allowing me to remain at the Property until September 30, 2022.

5.   *I* hereby consent to the sale of the Property.



6.  l'he above statements are true. I understand that if any of the above statements **are materially**

    false, l am subject to punishment.


*Isl Thalia Sariotis*
Thalia Sariotis

Dated: May 6, 2022

# Exhibit D

.SEP 11 2009                                          **EXEMPT** G,

if I꜡ IIHIIII
OOBASN                    **DEED**                    ,,,qo

This **dis** made on September  ?..  • 2009

BETWEE                              **OC1 2'3¹**

,,

GREGORY & THALIA ARIOTIS, but ba**m**d aad wi  and GEORGE SARJOTIS

Whose pOSt olltee addr¢SS is 61 .Redwood Drive, Oce1111 NJ 07712

Referred 10 as the Grantor,

AND

GEORGE SARJOTIS .tad CINDY SARJOTIS, husband a**m**d wife with **95% interest**
In the property described bM"eia (P11rty or Ille First Part) 111d REGOR **RY and**
THALIA SARIOTTS, hu ln111d and wire **witll.** a !l¾ lotett51 **111 tb** **erty,**
de <ribed **bProi ■** (Party or tl1w Sff o**m**d Part)

Party of the First Part residing 1801 Pib1cy Street, Oakhurst , J 07755 **and**
Party of the Secc)lld Part residing a1 61 Redwood Drive, Ocean      77¹²

Referred 1 0 as the Oran11:c

The words " Grantor" and "Ora.nice" shal l mean all Orantor**ta**l**l** Grantees listed above.

I.     Transfer oH)wnerabip. The Granlor grants r,d conv1l **tl**ys (transfers ownership of) the property
       {called the " Propeny"}  des«ibed below 10 lhe Gr       This transfer is made for the sum of

----------**ONE DOLLAR ($1.00) and other Good and Value Consideration**------

Ihe Grantor acknowledges receipt of this money.

2.     **Tax Map Reference.** (N.J.S.A.46)15-1.1) Municipality of     Ocean
       3lock No. 150.06      Lot No. 14            Account No.

       o  No property tax i **c**ntification number is available on the date of this Deed.  (Check box if
          applicable)

3.     **Property.**  The **Prope**ny consim of!hc land and all lfie buildings and slrudun: oo the land *in the*
       Township of Ocean, C)o nty of Monmouth and State of New Jerwy. -.nie legal description is:

       II  **Please see attached Legal Description** annexed hereto and made a part hereof (check box if
           applicable).

BEING AND INTENDED to be lhe same Ian& and prem ises C01Jveyed 10 Grego.iy& Thalia Sariotis,
husband Md wife to George Sariotis, married from Cedsr Villasc nt Ocean LLC on June 20, 2008
recorded July 7, 2008 in the Monm<>utb Count)'CIerk's Office iu Book 8730 page 3682.

PREPARED BY:  (Print signer's name below signatures)        (For Recorder's Use Only)

THOMAS J. HIRSCH, ESQ.

H CLAIRE FRENCH,CITY CLK
MONMOUTH COUNTY,NJ
INSTRUMENT NUMBER
2009120505
RECORDED ON
Oct 26, 2009
10:03:01 AM
BOOK-OR-8803
PAGE-2163
Total Pages 6

COUNTY RECORDING $90.00
FEES
TOTAL PAID  $90.00



**John S. Truhan** Consulting E**D-2** Inc.

*A.Professional Corporatio1;-*

John S. Truhan, PE, PP, F.ASCE
Doniel A.Fi6cl1er, PE
Edward J.tau.PLS                    Descnpt:100 of Tax Map Lot 14 in Block 150.06
J06eph MAtiso,o ASIA               Ocean Township, Monmouth County, New Jersey.

P4ailiJl.g Address:
1442 Lakewood Rood
P.O. Box K.
Manasqu a-n, NJ 06786

**BEGINNING** at a point on the southerly sideline of Redwood D riv·e (a SQ' wide private Right-of-Way), said point beating easterly 75.00' along the southerly sideline of Redwood D,rive,' from the intersection of the easterly sideline of Ccc:lar Village Boulevard (a 50, wide ptivate Right-pf-Way), if exteod d northerly, and said so thetly sideline of Redwood Dl;ive,if xtende :west. and nwning thence:

1) S 84°-28'-00" E, 55.00' a1o ili said s thetly sideline of Red rive, a t ao d ; aortbwesterly comer of Lot 15 in ]}lock 150.06; *thence*

2) 05°-32'-00" W, 120.00 ' along the westerly line of sai Lot 15, tto a point and conier on the northerly line of Lot 11 in Block-150.06, thence;

3) N 84°-28'-00" W, 55.00' along a portion of the la t m tioned lot-line aod along a portion of the northerly line of Lot 12 in Block 150:06, oirt and southeasterly comer of To t.13 in Block 150.06, thence;

4) N 05°-32'-00" E, 120.00' along the easterly line of said Lot 13, to the point and place of **BEGINNING.**

Containing 6,600 sq. ft. $\pm$ ofland.

T he above description was d.r..w o.d ance with a plan titled "Survey Plan of - Tax Lot 14, Block 150.06 - Cedar Villag t Ocean - Township of Ocean, Monmouth County, New J ittsey" ptepared by John S. Truh ting Engineers, Inc., dated 5/10/06 anci last revised to 6/10/08.

The foregoing als 14 iii Block 150.06 as shown and designated on the official Tax Maps of Ocean Towns outh County, New Jersey and fu.ther shown on a certain map titled " FinalPlat Major Su sion of Cedar Village at Brick - Phase 2" filed in the Monmouth County Clerks office on 6/02/2004 as Case No.294-21.

·/16/08
Date

Edwardμa

– P**e**sional Land Surveyor
New Jersey Liccns ᵢ ₃₆ 0379480

1442 Lakewood Road, Wnll, New Jersey
Telephone·- Area (732) 228-1813
Fax  • Aren {732) 223-8278





State of *New* ersey

SELLE •s RESIDENCY CERTIFICATION/EXEMPTION

(C.56, P.L. 2004)

n•   Prine orl'fpe)

SEI.U:R(S) INFORrIIr.:rro Cf.cc fn stru cti C'n s, P::gc 2)

Name(s)

Geor9e Sariotis

Current Resklen! Address:

street:   180 Pithe,Y Street

Cl(Y, Town, Post Office      Slate         Zip Code

Oakhurst                            0.7.755

Block(s)                      Lot(s)                Qualifier

150.06                        14

Street Address:

Slreef Adcill!ss:

61 Red_ood Drive

Ocean                                State     Zip Code

NJ        07712

Seller's Percentage of Ownership       Consideration           Closing Date

1/2                          $1.00              9/2/69

ELLER ASSURANCES (Check the Appropriate Box)

1. ☑  I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. CJ   e real property being sold or transferred is used exclusively as my principal residence within the meaning of the federal Internal Revenue Code of 1986, 26 U.S. c:fU6MI/y  lllY       rmicfenc:a wtthln Che mean *c*/eection 12f

3. C   m a mortgagor conveying the mortgaged property to   lo •   m      or.In a tnauderIn lieu of 19wlh   Iam **a m o.** oome)'ilg the                          no acfdtlonal oonsfdef'81bn.

4. Q   Seller, nnsferor or n    is   or of the.Unhd S1SCe9 or.Ameffca, an agency or *authority* of lhe of New Jefl!E!)', the **Ft4erai** Hatioin111lllii'laagtt , the f      Loan.Mortgagec«poral.Jon, the      al   Modgilge A:ssoodon; or a p,tyate mortgage fnsUl'MCe oomwi y.

6. D   S8lfer Js notan Indivlduaf    l'o;wst and u such not required to maku- an eitlmated paymentpureuant *lo* N.J.SA54A:f-1 et

—    I         GGABl.lion fel!'Hi,p..OWl  Is $1,000 or    affll..**:a** iUcfi, the iie1lirIi t required to ab an**es1 1**mated    payment plan,alln                «A        «3-4t-1 , elseq.

7. ☐  Th<, gain from the aalli<-..not ▷ recog_nižd for Fed.efal Income **ta,c"pu** under I.R.C. Section 721 1031, 1033 or la a    cemete,yplot (CIRCLE **l 'fE LICASIE** SECTION). ll euch GeCUot1 dQes not uJUmat«y apply to.Chis.transac.tion, th&    seller a**el< n a lhe** 1bligatloo ca lle a New- JerNy Income I8x ratum 1or 1he year of the eare.

11.0   Transfer by an executor or adminlstra.l.of of    enrto a' vlic e**or** her toeflec(dlattl, on of the de<:edenfe estate t    eooordance ilh Che pn,Ylslons of Che deoe_dent's wll or e  Jntestale C8W8 of ll'iv state.

SELEER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both.  I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

9/1/09

Date                                         Signature

(Seller)  Please indicate if Power of Attorney or Attorney in Fact

Signature

ox)  Please indicate if Power of Attorney or Attorney in Fact



Gli /REP-3
(6--05)

**State of New Jersey**
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**
(C.55, P.L. 2004)



ase Print or Type)

(Pleaw Print or Type)

SEI.U:H(S) INI"ORr.1ATION (Sec> In $lr u cl ion s , Page 4)

Name(sJ

Gregory &.TRalia Sariotis h/w

Current RMfdenlAddress:

Street 61 · Redwood Drive

| City. Town, Poat Offioe | state | Zip Coda |
|---|---|---|
| | NJ | 07712 |

**PROPERTY INFORMATION (Brief Property Description)**

| Block(s) | Lol(s) | Qualifier |
|---|---|---|
| 150.06 | 14 | |

Street Address:

61 Redwood Drive

| City, Town, Post Olllce | State | ZlpCode |
|---|---|---|
| Ocean | NJ | 07712 |

| | Consideration | losing Oate |
|---|---|---|
| 1/2 | $1.00 | 9.12/ 09 |

**ELLER ASSURANCES (Check the Appropriate Box)**

1. ☑ I am a resident taxpayer (Individual, estate, or trust) of the State of New Jersey pursuant to N.J.S A 54A:.1-1 ct seq, and will file a resident gross income tax return and pay any a the state of NewJersey pursuant to N.J.S A 54A:.1-1 ct seq,  and nr, flC3bkl taxes *on* any galn o, income *from* the cllsposltion of this property.

2. C he real property being sold or transferred is used exclu the federal Internal Revenue Code of 1986, 20 U.S. exausiv&ly as my principal residence within the meaning of 9eClion 121 U.S.C. s -t2 1.

3. ☐ m a mortgagor conveying the mortgaged property additional consideration. (I.r.l)li)l)erly ta mol1ga9ee in foreclosix& or in a transfer In lieu of fol1ildosure with

4. C ller, tranaf'eror or lraMfenle is art:. or avthorlt of the United States of Amenca, an agency or authOrity of the State of New Jenie y, the Federal ational oilgage Assoc:lation, the F«teollHome Loan Moltgage CO!p()ation, 1he Government National Mortgage A;ssoci · or a private mortgage insurance company.

6. ☐ and as such not r&QUired to maka an estimated payment I)(ll'Sllalnt to

8. fi The total consi IQJJ-- It!e property is $1,000 or less and as sucll, the &e11er is not required to make an estimated payment  pursuan .d/ .. 54A:5-f-I et seq.

7. O gain from 1he sakt'wiU n01be recogniz«t-ror Federal Income fax purposes under I.R.C. Section 721, 1031, 1033 or is a Oemetery plot (CIRCLE THE APPLICA8LE SECTION). Ir such section does net ultimately *apply* to th fs tran saction, the sener acknO\' es theobli9a11oc:i to file a New Jersey ll'l00n:i8 1ax return for *the. year* of the sale.

a.0 Transl'er by an executor or administra.tor or a deoedenfto adevisee or heir to efl'ed distribution of the cleoedent"s estate In accoltfanoe th the provisions of the deoeclent's will or the intestale of this state.

**SELLER(S) DECLARATION**

se statement contained herein could be punished by fine, imprisonment, or both. I furthermore dedare that I have examined this declaration and, the best of my knowledge and belief, it is true, correct and complete.

| | |
|---|---|
| 9/1/09 | Gregory Sario ts |
| Date | (Seller) Please indicate If Power of Attorney or Attorney in Fact |
| 9/1/09 | Thalia Sariotis |
| Date | Signature |
| Dale | S19nSture |
| | (Sellfil ..... n<lcae • Power ot Aaomey or Attorney in Fact |

**D-5**

RTF-1(Ao.2l!!1107)
MUST IUIMIT.. OUPUCATE

STATE CF NEW JERSEY
AFFD4YIT OF CONSIOEAAllOtl FOR I/Se8Y SELLER
(Cl~aplel 49, P.L.1969, H amended through C'Npter 33, P.L. 2008) (N J .S .A. :15-5 et seq.)

BSFOAE COMPLETIHGTHIS Affl04V,IT, PLEASll flJAO THE INISIRUCTIONS ON THE REUIRIE BIOFOFTIll.S FORM.
STATe OF tdiWJE RSEY

FOR RIICOADER'S U8E ONLY
Cons'dirallon    S
RTF pold by seler    S
ca_ea ____ By ____

COl..HrY    M ONMOUTH    }SS.,      .ip Code

*Use symbol "C" to Indicate that fee is exclusively for county uses.*

MI.NCIPALITYOF PROPERTY LOCATTON    o_c_e_a_n_T_w_p''--

(11PARD!'9BLl!GAL Re.>Rf5fll:U>IlYEls..Initr'UdfaiutlJend !I4on-    ddeJ

0eponer,1.    George    Sariotis    being 00l,,, swom 9COO<din g   to ,..... upon hig/her oath,

depoNs and ,a    lhat hel.sl!e:lif'e'    G ran__t or    In adeed dated _____ ll, otc. l._____ 1rrandorring
(Gr111tor,IA9flRlprtlH l·.    o,olO  pincer Officar 01n  i. c>, polt)l. L........ l_____ ll, otc. l.

1ll  property ldln Illhd aa Block ruober  150.06 _ _ _ _ _ _ _ _ Lot runbor _____ 14 _____located at

61 Redwood Drive, Ocean NJ 07712 _____ and annexed
(Gll'MI Addrtt', lown)

(2) CONSIDERATION  $    1.00      (See Instructions #1 and #5 on reverse side)

(3)Prc,'eny trw fllurfJd ls C:iNt 4A  48.4C'( ........o...JI pr,peny raraimmil is Class 4A    caleuleIOn F.    llelow Is mar.

(SA)llll(QUIR P CALCULATION O, IQUAL1ZE> VALUATIOff FOflAll CLASS 4A COMMEACiAC     0P,ERTYT!WfsACTIO :
:n!lnJClk>nl 11.5A Midti :0,l_''l    Slde)
Total AHessod Valuation + 01!'6Ct0t'l Rallo = quallzad AnMMd Va    untion

If Director's Ratio Is less than 100%, the equalized veluetion will be an amount greater than the assessed value. If Director's Ratio Is equal to or In
excess of 100%, the assessed value will be equal to the equalized valuation.

(4) AA.Lexsl.UPTl'OflFBOMEEl'./Str'    #Bon.   rsjbJ    Transfer Fee Imposed by C. 49, P.L. 1968, as amended through
Deponent Sm. 1'al 1hl l deedtranl3Ction ls fullyo<:.,(,) from    C. 66, P.L. 2004, rcr Ille follOW<lg 1'SS,or,(,). Mero ref9rf9nc;e llla>C11ml)lian a    tool Is insufficient. Explain in detall.

Consideration is less than    10 CH00

(5) PARTIAL EXEMPTION FROM FEE (See Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only.. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will
roid claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic Fee, Supplemental
Fee, and General Purpose Fee, as applicable, imposed by C. 175, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following
)erson(s):

A.     SEMOR CITIZEN    Grantor(s) ☐    62 years of age or over. *  (See Instruction #9 on reverse side for A or B)
fl. (  BLIND PERSON    GraAlOl(s) ☐    legally blind or; *
        DISABLED PERSON   Grinto<( ☐ permanently and totally disabled ☐  Receiving disability payments ☐  Not gainfully employed*

Senior cilz,ens, b.,d pe n1,   dim'':       must al<se mtNJl'al f'ofInlB fol1Dw111gal. aria:
   ☐ Own•d and oca,pillCl b<    ☐ 1)alltmeof u'e.        ☐ Re,Idrrnlcl lalaof New Jersey.
   ☐ one or ...... TJ<'T l.'Ald  a Pfemlses.               ☐ Ownel$ as Jo-,t ll!nlllllmLM:;t 3'l qwlify.
   "IN THE CASE OF HUSBANO ANC,    o Vflff,/l;lVIL UNION PAPmllllR:5. ONLt ONE GRANTOR NEEDS ID QUAU FY IP TIlJUANt.S BY Tl<E
ENTIRETY.

C,     LOW AND MODERATE INCOME HOUSING (See Instruction #9 on reverse side)
   ☐  Affordable according to H.U.D. standards.       ☐  Reserved for occupancy.
   ☐  Meets income requirements of region.            ☐  Subject to resale controls.

8)     EW CONSTRUCTION (See Instructions #2, #10 and #12 on reverse side)
   ☐  Entirely new improvement.                    ☐   Nol prt"1ol.Illyo<:<:upllICl.
   ☐  Not previously used for any purpose.           ☐   EW CONSTRUCTION' pllnlad clea y at
                                                       lhe topd the firlll pagedlhedeed.

(7) Oeponanl rnaqs 1h15 Alldavk a.      oounlY c.i.11< er register deeded w record the deed and accept fee llObmllleel hel9Wilh In
accordance'Willll11&P!O\'islonsClQlapl&r49,P.L.1968,a.samer,cllclCh.,Gr~33.,P.L. 20006.

Subscribed and sworn to before me
lhis  2 1  day of  September , 20  09

George Sariotis
Grantor Name

1801 Pitney St.,   Oakhurst NJ 07755
Deponent Address        Grantor Address at Time of Sale

Signature of Deponent

JASON BRIAN WALTERS
NOTARY PUBLIC
STATE OF NEW JERSEY
COMM. ID 2340979
MY COMMISSION EXPIRES FEBRUARY 25, 2011

XXX-XXX-  80 5   PREMIUM TIRE GROUP LLC
Last 3 digis In Grantor's Social Security Number   Name/Company of Settlement Officer

FOR OFFICIAL USE ONLY
Instrument Number _____ County _____
Deed Number _____  Book _____ Page _____
Deed Dated _____    Date Recorded _____

County Recording Officers shall forward one copy of each Affidavit of Consideration for Use by Seller when Section 3A is completed.
STATE OF NEW JERSEY- DIVISION OF TAXATION
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT
The Director of the Division of Taxation In the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended
without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at:
www.state.nj.us/treasury/taxation/lptloctax.htm.



The street address of the Property is    61 Redwood Drive, Ocean NJ 07712

4.      **Promiaes** by **Gn otor.** The Grautor promises that the Gramor has done no act to encumber the Proptrty. TL.is pl'Oluise is called Heo venant us to grantor's acis' (NJ .S.A. 46:4•6). This promise means th111 the Grantor has not allowed anyone else 10 obtain any legal rights which afie<:t the Property (such as by making a mo rtgage or allowi11g a judgment to be entered against the Grantor)

S.      **S111aatu 1.** The Grantor signs this Deed as of the dat6ai the lop of the first page. (Prim na.me below each si gnature.)

Witnessed y:

_____  _____        _____  (Seal)
                                **GREGOKY SARJOTIS**

_____  _____        _____  (Seal)
                                **THALIA SARKOTIS**

                                _____  (Seal)
                                **GEORGE SARIOTIS** ·

' TATE OF NEW JERSEY

COUNTY OF MO MOUTH

**I CERTIFY** that on September  **2** ·, 200S, GREGORY & THALIA SARJOTIS A  D
 **GEORGE SARIOTIS** personally came b  before me and staled to my satisfaction 1ha1 this  rson (or if
 ore than one, each person):

(a)     vas the maker of this Deed;
(b)     xecuted this Deed as his or her ow11 act, a11d,
(c)     ade this Deed for $1.00 as the full and actual consideration paid o¡to t be paid for the tran fer of
        tle. (Such consideration is defined in N.J.S.A. 46:15-5.)

                                _____

RECORD AND RETURN TO: p_IZ
THOMAS J. HIRSCH, ESQ.
1001 Deal Road
Ocean NJ 07712

*Paradigm Title Group LLC)*

**JASON BRIAN WALTERS**
NOTARY PUBLIC
STATE OF NEW JERSEY
COMM. ID 2340979
Y COMMISSION EXPIRES FEBRUARY 25, 2011

# Exhibit E

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id: 0400438501



Status Report For:    G CS CONTRACTORS CORP
Report Date:          716/2022
confirmation Number:  221872702653

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS  INFORMATION**

Business ID Number:    0400438501
Business Type:         DOMESTIC PROFIT CORPORATION
Status:                REVOKED FOR NOT FILING ANNUAL REPORT FOR 2
                       CONSECUTIVE YEARS
Original Filing Date:  08/31/2011
Stock Amount:          2500
Home Jurisdiction:     NJ
Status Change Date:    NOT APPLICABLE

**REVOCATION/SUSPENSION INFORMATION**

DOR suspension Start   03-16-2018
Date:
DOR Suspension End     NIA
Date:
Tax Suspension Start   NIA
Date:
Tax suspension End     NIA
Date:

**ANNUAL REPORT INFORMATION**

Annual Report Month:   AUGUST
Last Annual Report     11/11/2015
Filed:
Year:                  2015

**AGENT/SERV ICE OF PROCESS (SOP)INFORMATION**

Agent:                 THOMAS J HIRSCH
Agent/SOP Address:     1001 DEAL RD ,OCEAN TWP.,NJ,07712 0000
Address Status:        DELIVERABLE
Main Business Address: 1801 PITNEY ST,OAKHURST,NJ,07755
Principal Business     96 STEINER AVE,NEPTUNE CITY,NJ,07753
Address:

**ASSOCIATED NAMES**

Associated Na.me:      NIA
Type:                  NIA

New Jersey Business Gateway
Business Entity Infor mation and Records Service
Business Id: 0400438501



**PRINCIPALS**

Following are the most recently reported officers/directors (corporations),
managers/members/managing members (LLCs), general partners (LPs), trustees/officers
(non-profits).

        Title:              PRESIDENT
        Name:               SARIOTIS,GEORGE
        Address:            1801 PITNEY ST ,OAXHURST,NJ 07755
        Title:              VICE PRESIDENT
        Name:               HARRIS,JOHN
        Address:            1317 TURNER AVE ,OCEAN ,NJ 07712

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND
LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page,
https://www.njportal.com/dor/businessRecords and follow the instructions for obtaining
copies. Please note that trade names are filed initially with the county clerk(s) and
are not available through this service. contact the Division for instructions on how to
order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

        original Filing         2011
        (Certificate)Date:

Changes and l\mendments to the original certificate:

        Filing Type             Year Filed
        REVOKED FOR FAILURE TO  2018
        PAY ANNUAL REPORTS
        Annual Report filing    2015
        with officer/member
        change

Note:
Copies of some of the charter documents above, particularly those filed before August