Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  George Sariotis and Cindy Sariotis
Debtor

Case No.: 22−12916−MBK
Chapter 11

George Sariotis
Plaintiff

v.

Thalia Sariotis
Defendant

Adv. Proc. No. 22−01109−MBK            Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 5, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 9 − 7
ORDER VACATING ENTRY OF DEFAULT AGAINST THALIA SARIOTIS, ELLYNN WETTER, RYAN WETTER (related document:7 Entry of Default against Thalia Sariotis, Ellynn Wetter, Ryan Wetter (related document:6 Request to Enter Default filed by Plaintiff George Sariotis, Plaintiff Cindy Sariotis) The following parties were served: Plaintiff's, Plaintifs' Attorney, Defendant's. (wiq) Modified on 6/29/2022 (wiq). ENTERED IN ERROR. AWAITING CORRECT ENTRY FROM ATTORNEY. SEE DOCUMENT #6.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 7/5/2022. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 5, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Sariotis,
    Plaintiff

Sariotis,
    Defendant

Adv. Proc. No. 22-01109-MBK

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1
Date Rcvd: Jul 05, 2022      Form ID: orderntc      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Cindy Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |
| dft | | Ellynn Wetter, 61 Redwood Dr, Ocean, NJ 07712-8711 |
| pla | | George Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |
| dft | + | Ryan Wetter, 61 Redwood Drive, Ocean, NJ 07712-8711 |
| dft | + | Thalia Sariotis, 61 Redwood Drive, Ocean, NJ 07712-8711 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 07, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Geoffrey P. Neumann | on behalf of Plaintiff Cindy Sariotis geoff.neumann@gmail.com |
| Geoffrey P. Neumann | on behalf of Plaintiff George Sariotis geoff.neumann@gmail.com |

TOTAL: 2