Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  George Sariotis and Cindy Sariotis
Debtor

Case No.: 22−12916−MBK
Chapter 11

George Sariotis
Plaintiff

v.

Thalia Sariotis
Defendant

Adv. Proc. No. 22−01109−MBK                          Judge: Michael B. Kaplan

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 8, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 12 − 3
Order Granting Motion For Summary Judgment in favor of Plaintiff's and against Defendant's (Related Doc # 3). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 7/8/2022. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 8, 2022
JAN: wiq

Jeanne Naughton
Clerk